**1360**

Jack KEVORKIAN, M.D.; John
Doe, Plaintiffs–Appellees,

v.

Dixon ARNETT, as Executive Director of
the Medical Board of California, and the
Medical Board of California, Defendants,

and

Daniel E. Lungren, Attorney General
of the State of California,
Defendant–Appellant.

No. 96–56405.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 5, 1998.*

Decided Feb. 27, 1998.

Order Filed March 31, 1998.

As Amended on Denial of Rehearing
March 31, 1998.

Thomas S. Lazar, Deputy Attorney General, San Diego, California, for defendant-appellant.

Mark E. Field, Long Beach, California, for plaintiffs-appellees.

Before: FLETCHER, MAGILL,** and
T.G. NELSON, Circuit Judges.

ORDER

In light of the Supreme Court decisions in *Vacco v. Quill,* —— U.S. ——, 117 S.Ct. 2293, 138 L.Ed.2d 834 (1997), and *Washington v. Glucksberg,* —— U.S. ——, 117 S.Ct. 2258, 138 L.Ed.2d 772 (1997) decided subsequent to the district court opinion, we vacate the district court's opinion and judgment and dismiss the appeal.